**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **01-7443**

UNITED STATES OF AMERICA,

CIV-ROETTGER

Plaintiff,

v.

MAGISTRATE JUDGE
SELTZER

ONE WHITE 2001 LEXUS LS430,
VIN # JTHBN30F910018478,

Defendant.

_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

1. This is a civil action for forfeiture In Rem against One White 2001 Lexus LS430, VIN # JTHBN30F910018478.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

3. This Court has venue over the defendant currency pursuant to Title 28 U.S.C. §1395(a) and (b).

4. The defendant property is forfeitable pursuant to Title 31 U.S.C. §5317(c) because the defendant vehicle was involved in a financial transaction designed to circumvent the reporting requirements of 31 U.S.C. §5324(b). The defendant vehicle was purchased with cash currency structured in amounts under $10,000.00 in violation of 31 U.S.C. §5324, and is also forfeitable pursuant to 18 U.S.C. §981(a)(1)(A), and 18 U.S.C. §981(a)(1)(C) as proceeds derived from

specified unlawful activity, specifically, money laundering of gambling and bookmaking proceeds, in violation of 18 U.S.C. §1956(a)(1)(B)(i) and/or (ii).

5. On March 26, 2001, law enforcement agents in Albuquerque, New Mexico seized $640,000.00 in cash from a duffel bag in possession of Jennifer Ames, while she was traveling, under the alias of Lisa Faugno, in an Amtrak train from New York to Las Vegas, Nevada.

6. At the time, Jennifer Ames' (a.k.a. Lisa Faugno) ticket was traveling with a one-way ticket purchased in cash for $1,255.00.

7. Subsequent to the seizure, information was found in Ames' possession indicating that she owned the defendant vehicle and that it was parked in the Fort Lauderdale, Airport.

8. Ames has been identified as a member of a bookmaking/gambling organization in New York. She is believed to be the bookmaker for the organization.

9. On July 12, 2001, Jennifer Ames was arrested and charged, along with Taylor Breton, Frank Rizzo, Grazziano Rizzo and Jeffrey Tapoler, in the State of New York, County of Queens, with criminal offenses including conspiracy to transport, transmit, transfer or attempt to, on one or more occasions, monetary instruments representing proceeds from illegal gambling/bookmaking activities.

10. At the time the monies ($640,000.00) were seized from Ames, she had in her possession a birth certificate for Taylor Breton.

11. Records from Lexus of Palm Beach dealer show that on January 23, 2001, Ames purchased the defendant vehicle. The purchase price included a trade-in vehicle and the remaining balance of $17,500.00 was paid in cash.

2

12. $17,500.00 of the purchase price for the defendant vehicle was paid in a structured manner, including $9,500.00 in cash, a bank check for $2,500.00, five $1,000.00 payments in money orders, and one $500.00 payment.

13. Contemporaneously with the seizure of the $640,000.00, various pieces of jewelry appraised at $44,242.75 were also seized from Ames.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Title 18, U.S.C. §983(a)(4) and Rule C (3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant property, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the defendant property to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A550007

3

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I , Jarrell W. Perry, Special Agent for the Drug Enforcement Administration, have read the foregoing Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

JARRELL W. PERRY
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

4

# CIVIL COVER SHEET

JS 44
(Rev. 12/96)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**01-7443**

## DEFENDANTS
ONE WHITE 2001 LEXUS LS430,
VIN # JTHBN30F910018478,

**CIV-ROETTGER**

**MAGISTRATE JUDGE SELTZER**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
CAT. B
(EXCEPT IN U.S. PLAINTIFF CASES)

O: 01cv 7443 NCR/BSS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William H. Beckerleg, Jr.
500 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394
(954) 356-7314

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | B 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | B 630 Liquor Laws | | B 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | B 640 R R & Truck | A PROPERTY RIGHTS | 460 Deportation |
| 151 Medicare Act | 340 Marine | B 650 Airline Regs | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / PERSONAL PROPERTY | B 660 Occupational Safety/Health | 830 Patent | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | B 690 Other | 840 Trademark | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | A LABOR | B SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS / PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting / B 510 Motions to Vacate Sentence | 740 Railway Labor Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment / HABEAS CORPUS: | | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / B 530 General | 790 Other Labor Litigation | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | / B 535 Death Penalty | | A 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 444 Welfare / B 540 Mandamus & Other | A 791 Empl. Ret. Inc. Security Act | A 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions A OR B |
| 290 All Other Real Property | 440 Other Civil Rights / B 550 Civil Rights / B 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Title 31 U.S.C. §5317, Title 31 U.S.C. §5324(b) STRUCTURING

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 8-30-1

SIGNATURE OF ATTORNEY OF RECORD
William H. Beckerleg, Jr.

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.